LYMAN T. HARADA, et al. *v.* EDWARD J.
BURNS, et al., and FLORENCE A. ELLIS, et al.

No. 4670.

OCTOBER 4, 1968.

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON, JJ., AND CIRCUIT JUDGE
DOI ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*William F. Crockett (Crockett and Langa* of counsel) for the petition.